UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOUIS MATTHEW CLEMENTS,

    Plaintiff,

v.                                    Case No: 2:16-cv-776-FtM-99CM

3M ELECTRONIC MONITORING,

    Defendant.

## ORDER

This matter comes before the Court upon review of Request for Entry of Default (Doc. 20) filed on May 10, 2017. Plaintiff requests entry of a Clerk's default "on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure." Doc. 20 at 1. Defendant 3M Electronic Monitoring had until May 10, 2017 to respond to Plaintiff's complaint. Doc. 15. Because on May 10, 2017 Defendant timely filed a Motion to Dismiss Second Amended Complaint and to Strike Punitive Damages, Plaintiff's request is due to be denied. Doc. 18.

    ACCORDINGLY, it is hereby

**ORDERED:**

Request for Entry of Default (Doc. 20) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of May, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record